JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YAN RU CHU, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. CR 05-0030 JSW <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 4, 2008 TO SEPTEMBER 25, 2008 |

The parties appeared before the Honorable Jeffrey S. White on September 4, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 4, 2008 to September 25, 2008, in light of the need for defendant's counsel to  review discovery.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 05-0030 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 4, 2008 to September 25, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 4, 2008 to September 25, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/08/08

          /s/
ROBERT WAGGENER
Counsel for Yan Ru Chu

DATED: 9/08/08

          /s/
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 8, 2008

THE HON. JEFFREY S. WHITE
United States District Court Judge

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 05-0030 JSW        2