IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. 05-00030 JSW |
|   v. | **ORDER TO SHOW CAUSE** |
| YAN RU CHU, | |
|     Defendant.                                 / | |

On October 30, 2008, after this matter had been continued for a change of plea hearing twice before, the Court set this matter down for a change of plea hearing on December 4, 2008. The December 4, 2008 date was set with the agreement of counsel. However, on December 4, 2008, counsel for Defendant, Robert Waggener, did not appear. Rather, substitute counsel appeared on his behalf, apparently because Mr. Waggener was out of the country. Although Mr. Waggener apparently communicated his intentions orally to the Court's Courtroom Deputy, no formal request for a continuance was filed with the Court and counsel did not provide an explanation as to when or why the conflict in his schedule developed.

//
//
//
//
//
//

Accordingly, counsel for Defendant is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions of $1,000.00 for his failure to appear for a scheduled court date. Mr. Waggener's response shall be due to the Court by no later than December 19, 2008.

**IT IS SO ORDERED.**

Dated: December 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE