1  ROBERT WAGGENER, SBN - 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone: (415) 431-4500
   Fax:      (415) 255-8631
4  E-Mail:   rwlaw@mindspring.com

5  Attorney for Defendant YAN RU CHU

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           No. CR05 00030 JSW

12                 Plaintiff,
                                        STIPULATION AND [PROPOSED] ORDER
13         v.                           RE RESCHEDULING SENTENCING
                                        HEARING
14 YAN RU CHU,
                                        DENYING REQUEST TO CONTINUE
15                 Defendant(s).        SENTENCING

16 _____/

17         **IT IS HEREBY AGREED AND STIPULATED** by and between the parties in the

18 above entitled case that the following facts are true, and that based on these facts it is respectfully

19 requested that the sentencing hearing in the above entitled matter, currently set for March 12,

20 2009, at 2:30 p.m., be continued to May 7, 2009, at 2:30 p.m.

21         The parties in this case are Robert Waggener, attorney for defendant Yan Ru Chu,

22 Assistant United States Attorney Lara Kroop, and United States Probation Officer Specialist

23 Benjamin Flores.

24         The parties are requesting a continuance of the sentencing hearing in the above entitled

25 case currently scheduled for March 12, 2009. The request is based on the fact that the requested

26 continuance will afford more time for defendant Yan Ran Chu to be interviewed by the assigned

27 probation officer and for him to generate a more meaningful draft Presentence Report.

28         Benjamin Flores, is the probation officer assigned to prepare the Presentence Report in

STIPULATION & [PROPOSED] ORDER
TO CONTINUE SENTENCING                                              C:\Data\FD\S&OCS 2.yc.wpd

this case. Mr. Flores has requested that the United States Attorney's Office and/or defense counsel prepare a stipulation to continue the current sentencing date of March 12, 2009 for at least 45 days in order for him to complete the presentence investigation. Although Mr. Flores was assigned the case on December 19, 2008, he was out of the office from December 10, 2008 until January 5, 2009. Mr. Flores' four weeks off created a backlog in terms of his workload.

At this point, Mr. Flores has not been able to conduct a presentence interview of the defendant and the draft presentence report is now due to his supervisor for review. The parties agree that it is far preferable to have a draft Presentence Report after the defendant has been interviewed. It is anticipated that the presentence interview with defense counsel present can be conducted in the next two weeks and a draft Presentence Report would soon follow.

The parties also want to point out that although pleas of guilty have been entered in this single defendant case, the case agents assigned to the case are actively continuing their investigation and submissions. The agents are contacting witnesses and filing further investigative reports, including a report detailing the recent interview of three witnesses that was disseminated earlier this week. The parties agree that the new information from the agents requires additional time to incorporate in to the sentencing process and further supports the need for a continuance of the currently scheduled sentencing hearing.

Mr. Flores is scheduled to be out of his office from April 13 until April 29, 2009. The first available calendar date after his return is April 30th, which will be his first day back in the office. Under these circumstances, the parties are suggesting that the sentencing be continued to May 7, 2009, at 2:30 p.m. The plan would be that Mr. Flores would disclose the final Presentence Report prior to his scheduled leave so that the parties would be able to prepare and submit a Sentencing Memorandum to the Court in a timely manner.

Defense counsel Waggener will personally explain the basis for the requested continuance to defendant Chu. The parties agree that the suggested continuance will not result in any potential custodial sentencing hardship for defendant Chu. In other words, the plea agreement in this case contemplates a sentencing range of between 18 to 24 months in custody pursuant to Rule 11(c)(1)(c) of the Federal Rules of Criminal Procedure, and with a sentencing

scheduled for May, 2009, Mrs. Chu would still be far short of custody credits totaling 18 months.

For all the foregoing reasons, the parties respectfully request that the sentencing hearing in the above entitled matter, currently set for March 12, 2009, at 2:30 p.m., be continued to May 7, 2009, at 2:30 p.m.

Dated: February 5, 2009          Respectfully submitted,

                                 /s/
                                 ROBERT WAGGENER
                                 Attorney for Defendant
                                 YAN RU CHU

Dated: February 5, 2009          /s/
                                 LARA M. KROOP
                                 Assistant United States Attorney

Dated: February 5, 2009          /s/
                                 BENJAMIN FLORES
                                 United States Probation Officer Specialist

The Court does not find good cause to continue the sentencing. Accordingly, the request is DENIED.

**IT IS SO ORDERED.**

Dated: February 6, 2009          /s/ Jeffrey S. White
                                 JEFFREY WHITE
                                 United States District Court Judge